UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-22542-CIV-LENARD/WHITE

**LUIS CAMEJO-RODRIGUEZ**,

        Plaintiff,

vs.

**SCOTT FRAKES, et al.**,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 7) AND TRANSFERRING CASE TO UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Patrick A. White ("Report," D.E. 7), issued on July 28, 2010. In his Report, Magistrate Judge White recommends that Plaintiff's civil rights action, pursuant to 42 U.S.C. § 1983, be transferred to the United States District Court for the Western District of Washington. Specifically, the Report finds that Plaintiff is currently incarcerated in a federal corrections facility in Monroe, Washington. It is there where he alleges his civil rights have been violated. Pursuant to 28 U.S.C. § 1391(b), any case not based on diversity of citizenship should be brought in the judicial district where any defendant resides or where a substantial part of the events or omissions giving rise to the claim occurred. Accordingly, the Western District of Washington is the proper venue for this action. To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the

report.  *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).  Therefore, after an independent review of the Report and record, it is hereby

**ORDERED AND ADJUDGED** that:

    1.    The Report of the Magistrate Judge (D.E. 7), issued on July 28, 2010, is **ADOPTED.**

    2.    The Clerk of this Court is directed to **TRANSFER** this case to the United States District Court for the Western District of Washington.

    3.    This Case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of August, 2010.

                              **JOAN A. LENARD**
                              **UNITED STATES DISTRICT JUDGE**